# UNITED STATES DISTRICT COURT
# *WESTERN DISTRICT OF TENNESSEE*
# *WESTERN DIVISION*



| | |
|---|---|
| **UNITED STATES OF AMERICA** | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| **TWENTY-FIVE THOUSAND EIGHT HUNDRED SEVENTY DOLLARS ($25,870.00) IN UNITED STATES CURRENCY** | **CASE NO: 04-2901-D** |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Amended Consent Order entered on April 1, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

*[signature]*
BERNICE B. DONALD
UNITED STATES DISTRICT COURT

May 17, 2005
Date

ROBERT R. DI TROLIO
_____
Clerk of Court

*[signature]*
_____
(By)    Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  5-19-05

14

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:04-CV-02901 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT